**Mike HOLLOWAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53721.**

Missouri Court of Appeals,
Western District.

Sept. 23, 1997.

Irene Karns, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before ULRICH, C.J., P.J., and BERREY and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Mike Holloway appeals the circuit court's judgment denying his Rule 24.035 motion for

post-conviction relief. We affirm. Rule 84.16(b).